UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AUDREY WILSON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. CCB-02CV3341 |
| ST. AGNES HEALTHCARE, INC. *ET AL.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2003 a copy of Defendant's Motion for Sanctions, Memorandum in Support thereof and Proposed Order which was electronically filed in this case on March 12, 2003, was served via facsimile and first class mail, postage prepaid, on

> Rev. Rickey Nelson Jones, Esq.
> Law Offices of Reverend
>     Rickey Nelson Jones, Esq.
> 2nd Floor Suite 5
> 940 Madison Avenue
> Baltimore, MD 21201
>
> Attorney for Plaintiff

_____/s/_____
Kathleen A. Talty  Bar No. 022971

OF COUNSEL
KRUCHKO & FRIES
Suite 305
600 Washington Avenue
Baltimore, Maryland 21204
(410) 321-7310